[No. 16542-6-III.    Division Three.    March 19, 1998.]

RICHARD A. WORTHINGTON, ET AL., *Appellants*, v. LOW COST DRUGS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-2-00710-5, Donald W. Schacht, J., entered March 4, 1997. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[Nos. 21345-1-II; 21346-0-II.    Division Two.    March 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAGADE B. ANDERSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DIANE M. NORRIS, *Appellant*.

Appeals from judgments of the Superior Court for Pacific County, Nos. 96-1-00129-3, 96-1-00128-5, Joel M. Penoyar, J., entered November 8, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21673-6-II.    Division Two.    March 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY G. JERRELS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 93-1-00387-5, David R. Draper, J., entered January 27, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 21821-6-II.    Division Two.    March 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY RAY JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-01727-6, Richard D. Hicks, J., entered March 21, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.